RANDY S. GROSSMAN
United States Attorney
DAVID M. BERMAN
Assistant United States Attorney
Massachusetts Bar No. 685917
New York Bar No. 5175708
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9744
David.Berman@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-00541-JO |
| Plaintiff, | |
| v. | **JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |
| JORGE A CALDERON-SILVA, | |
| Defendant. | |

The plaintiff, United States of America, by and through its counsel Randy S. Grossman, and Jorge A Calderon-Silva, by and through his counsel, Andres J. Ortiz, file this joint motion to continue the April 8, 2022 Motion Hearing and Trial Setting to June 3, 2022 at 1:30 p.m.

The parties have lodged a plea agreement and are in the process of scheduling a change of plea hearing. The parties make this request to allow time for the change of plea. The parties have contacted the Court and confirmed June 3, 2022 at 1:30 p.m. is acceptable with the Court.

In addition, the parties agree that time should be excluded under the Speedy Trial Act and respectfully request that the Court so order. Time should be excluded because the ends of justice served by continuing the Motion Hearing and Trial Setting outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: April 4, 2022

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

/s/ *David Berman*
DAVID BERMAN
Assistant United States Attorney

/s/ *Andres Ortiz*
ANDRES J. ORTIZ
Attorney for Jorge A Calderon-Silva